Exhibit A

| Defendant | Email Address |
|---|---|
| kangyangfuyu | 13325762539@163.com |
| giftsbusy | 13574051166@163.com |
| amzom-pro | 13632806002@139.com |
| Guwxse | 13651416487@163.com |
| Beyond-Store | 15234895666@163.com |
| Feng Xiao | 15277088210@163.com |
| LUOLUOONE | 15818197090@139.com |
| jiemeitrade1 | 1670402909@qq.com |
| XuanYang Technology Co.,ltd | 17820663096@139.com |
| MA wenting | 1790291577@qq.com |
| A1SQB0YNRFFS42 | 18031093452@163.com |
| hai zhou qu zhu kou bai huo shang hang | 18559939900@163.com |
| cucu | 1920365957@qq.com |
| A Lucky day | 2125884273@qq.com |
| baofu005 | 2958188819@qq.com |
| Kleeblatt Shops | 3102313906@qq.com |
| zyTENG | 467589432@qq.com |
| Amozan+ | 644983675@qq.com |
| duanshaoyi | a18765892a@163.com |
| Boert | au898dh6311@163.com |
| augfirstsependthink | augfirstsepends@126.com |
| liubiaoplus | b07228406@163.com |
| ZenMagents | baby20211111@sina.com |
| baoshu93 | baoshu19955u@163.com |
| dofaghongiao7 | baoxin19900618@163.com |
| baoyan sticker | baoyansticker@outlook.com |
| brandbaby | bettinefight@outlook.com |
| JoyfulTots Boutique | blshen1@outlook.com |
| CDQGCSM | bsqbfijw1@hotmail.com |
| CTYES-JP | caimiss2322@163.com |
| c6kd | cheapecig@126.com |
| chenfanzc | chenfan60091930@outlook.com |
| chruey | chenjinyun431@outlook.com |
| cococity2018 | cococity2020@163.com |
| Jeffris | daebuchueotu734@gmail.com |
| heyibaihuoshanghang | daili1972y@163.com |
| ITOUCHYOU | derrick20045113@163.com |
| GuangZhouLuRouDianZiShangWuYouXianGongSis | dnp955539@163.com |
| ZJSROJUS | emithobeguels@hotmail.com |
| fclel_56 | fcleling88@hotmail.com |
| fesds-eb71 | fesds-ebyusd2023@outlook.com |

| | |
|---|---|
| fesds-eb_40 | fesds-ebyuse2023@outlook.com |
| BYTANA Home Merch Shop | frs2022723@163.com |
| top-sales999 | frs-topeby9999@outlook.com |
| Fashion innovation | fyyb1818@163.com |
| cy8p | fzcamaze@126.com |
| sunjianqin4229 | gougou2626394270@163.com |
| guoyanji24 | guoyanji55@163.com |
| JingLang Store | gzmy123456@163.com |
| Quanzhou Songge Tarding Co., Ltd | haojie_1993@qq.com |
| funhavehaha | happyboy2023@126.com |
| hhxbestseller | hhx-bestseller@outlook.com |
| H8HD7_2 | hu250990410@163.com |
| jinghexinchenglipengxuanbaihuodian | huangbaohua1266@outlook.com |
| Ginkgo up | hztake@163.com |
| Fexuchin US | jixin2021@outlook.com |
| beijingchangyueshundashangmaoyouxiangongsi | kkkk9192@163.com |
| guangxiyulinshibangqingdianzishangwuyouxianzerengo | liang69830@163.com |
| baixianshangmaoyouxian | lihong6694@163.com |
| liuliqiang2 | liuliqiang3@outlook.com |
| AO8TEWVRF0A5C | lw13959375288@163.com |
| 7-STARS | m18675853112@163.com |
| AIJQWCRJF3GGF | maokaixun123@outlook.com |
| maruihua1123 | maruihua1123@outlook.com |
| mingh1ui_sp | mingminhui12@outlook.com |
| Linmaya US | mohigheronline@outlook.com |
| chamrstore | ncham4070@gmail.com |
| Kaikaiyi | nicekaiyiusa@163.com |
| GomReck | pengxiangyao@sina.com |
| pximing | pengxiaoming27@outlook.com |
| LRILLiing | q13429038207@163.com |
| qinyou9 | qinyoudyxl32@hotmail.com |
| HYCIKao | scfrdzsw@hotmail.com |
| lujiange | shkibl45821@outlook.com |
| bdedady | shou347091@163.com |
| YouNuoYuKeJiYouXianGongSi | susan0102@126.com |
| szsyy--24 | szsyy-eby2023@outlook.com |
| shu1550 | thygrmmh34@hotmail.com |
| qiang3211 | ttfgujdd_97@hotmail.com |
| KARRINA STORE | vocuano5@gmail.com |
| bo1n | vpshop@126.com |
| GLZB169 | wajiu5176096@163.com |
| Agarden | wang5188882016@163.com |

| | |
|---|---|
| heliplus | wl944327922lq@163.com |
| ZANUBO | wuminbo403537@163.com |
| liwan230 | wwwwhbkj_55@hotmail.com |
| besweet | xieshuguang1.3@outlook.com |
| CHENGCHI | xiesong2013@163.com |
| guangxifuxinmaoyiyouxiangongsi | xin9302@163.com |
| fengrui-us | xuwangyusheng@outlook.com |
| Gracers | yanghuangshao54107@163.com |
| zhiazamus | yat96dczx@163.com |
| DAONAN STORE | ydn1953@163.com |
| yuhong2019 | yihou44221@163.com |
| jinjiangyizhaochenmaoyiyouxiangongsi | yizhaochen_yang@yeah.net |
| c2vt | yunht2016@126.com |
| liqiyuana | yxrgjzetrnuk@outlook.com |
| A2MY3W0H9GR9DV | z15069311179@163.com |
| Amazoom-ship | zara_0618@qq.com |
| Aiekule Flagship Store | zhangluanymx@sina.com |
| A1WCVHO2VFKRO1 | zhangyichang0212@hotmail.com |
| BWOLF | zhanlangus@sohu.com |
| dailishanghai_5 | zhongtuo2023@outlook.com |
| zhujiachengkm | zhujiachen54@sina.com |
| zpjia7-70 | zpjia7179199@sina.com |
| dhfycharms | zunhaixu@outlook.com |
| cyardbag | zunhaixu@outlook.com |