IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>QUANZHOU SONGGE TARDING CO., LTD, et al.,<br><br>　　　　Defendants. | Case No. 24-cv-04018<br><br>**Judge Franklin U. Valderrama**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT
JUDGMENT AS TO ALL REMAINING DEFENDANTS, WITH
<u>THE EXCEPTION OF DEFENDANT FUNHAVEHAHA (DEF. NO. 32)</u>**

Plaintiff Kelly Toys Holdings, LLC ("Plaintiff"), by its counsel, moves this Honorable Court to enter Default and Default Judgment against all Defendants remaining in this case[1], with the exception of Defendant funhavehaha (Def. No. 32). In support of this Motion, Plaintiff submits the accompanying Memorandum and a further Declaration of Justin R. Gaudio.

---

[1] A current version of Schedule A is attached to Plaintiff's Memorandum as **<u>Exhibit 1</u>**.

Dated this 9th day of July 2024.　　　　Respectfully submitted,

/s/ Andrew Burnham
Amy C. Ziegler
Justin R. Gaudio
Andrew Burnham
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
aburnham@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff Kelly Toys Holdings, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of July 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

/s/ Andrew Burnham
Amy C. Ziegler
Justin R. Gaudio
Andrew Burnham
Jennifer V. Nacht
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
aburnham@gbc.law
jnacht@gbc.law

*Counsel for Plaintiff Kelly Toys Holdings, LLC*